WD/WA #MJ22-5206-02

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**CADEN PAUL GOTTFRIED**<br><br>*Defendant* | Case: 1:22-mj-00216<br>Assigned To Magistrate Judge: Upadhyaya, Moxila A.<br>Assign. Date : 9/30/2022<br>Description: Complaint w/ Arrest Warrant |

FILED ___ LODGED
___ RECEIVED
Oct 12, 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CADEN PAUL GOTTFRIED

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 09/30/2022

*Issuing officer's signature*

Digitally signed by Moxila A. Upadhyaya
Date: 2022.09.30 15:12:33 -04'00'

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/30/2022, and the person was arrested on *(date)* 10/12/2022
at *(city and state)* Tacoma, WA

Date: 10/12/2022

*Arresting officer's signature*

Michael Kiley  Special Agent
*Printed name and title*